B 8 (Official Form 8) (12/08)

APR 26 2018

# UNITED STATES BANKRUPTCY COURT

Rcvd _____ Filed _KM_ Time _4:07_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

In re _Elyrra Mifflin Knight III_
      Debtor

Case No. _17-1668-JDP_
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 _1413 cottonwood ct Boise ID 83702_ |
|---|

| **Creditor's Name:** _Caliber Home Loans_ | **Describe Property Securing Debt:** _1413 cottonwood ct Primary Residence - Boise ID 83702_ |
|---|---|

Property will be *(check one)*:
   ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☑ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* |
|---|

| **Creditor's Name:** _Key Bank_ | **Describe Property Securing Debt:** _Personal Rental Property - Rob W Law St. Boise 83702_ |
|---|---|

Property will be *(check one)*:
   ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☑ Claimed as exempt      ☐ Not claimed as exempt

PART A Continued

Property 3) -

ADA County Tax Treasurer - 2127 N. Courtney
Property ☒ Surrendered                  Boise Id 83714
         ☒ Not Claimed Exempt.        Personal Rental Property

Property 4) - Canyon Cty Tax treasurer - 16012 N. 20th St
Property ☒ retained                    Nampa ID.
         ☒ Claimed as exempt          - Commercial Rental Prop.

B 8 (Official Form 8) (12/08)                                                                    Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

Property No. 3

**Creditor's Name:** Ada Cty Tax Treasurer Office

**Describe Property Securing Debt:** - 1206 W Leaps St - Personal Pocket Property

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

**PART B** - Continuation

Property No. 2    1206 W. Leap St. Boise, ID 83702

**Lessor's Name:** Anthony Franco

**Describe Leased Property:** Personal Pedal Kayak

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):
- ☑ YES
- ☐ NO

Property No. 4

**Lessor's Name:** LinkUS LLC

**Describe Leased Property:** - Commercial Rental property (personal Ownership)

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):
- ☑ YES
- ☐ NO

Reset          Save As...          Print

B 8 (Official Form 8) (12/08)     Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 4/26/18

Signature of Debtor

Signature of Joint Debtor