U.S. COURTS

APR 30 2018

Rcvd_____ Filed _KM_ Time _12:45_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Fill in this information to identify your case:**

Debtor 1: Edgar M. Thrift III
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: _____ District of _____

Case number: 17 - 01668 - JPD
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................. $ 1,165,000

   1b. Copy line 62, Total personal property, from Schedule A/B........................................ $ 43,076

   1c. Copy line 63, Total of all property on Schedule A/B ................................................. $ 1,208,076

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D............ $ 319,075

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.......................... $ 43,300

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F....................... + $ 22,594

   Your total liabilities    $ 384,969

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I........................................ $ 2999.23

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J............................................ ( - 2426.48 )

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 2999.23

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

                                                                            **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)                          $ 8950

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)  $ 0

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $ 0

   9d. Student loans. (Copy line 6f.)                                        $ 0

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)  $ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $ 0  E.f.

   9g. **Total.** Add lines 9a through 9f.                                   $ 8950

**Fill in this information to identify your case:**

Debtor 1: Edgar A Honey III
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: _____ District of _____

Case number (if known): 17-01668-JDP

U.S. COURTS
APR 30 2018
Rcvd ____ Filed KM Time 12:45
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1413 Cottonwood Ct. Boise, ID 83702 <br> Line from Schedule A/B: 1 | $230,000 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Homestead IC 55-1003 |
| Brief description: 1206 W. Kempt, Boise, ID 83702 <br> Line from Schedule A/B: 1 | $185,000 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Homestead IC 55-1003 <br> 11-604(1)(b) |
| Brief description: 16612 N-20TH ST. NAMPA 83687 <br> Line from Schedule A/B: 1 | $450,000 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Homestead IC 55-1003 <br> 11-604(1)(b) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1 of __

Debtor 1  _Ryan M Thrift III_  Case number (if known) _17-01668-JDP_
         First Name  Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Toyota Prius<br>Line from Schedule A/B: 2 | $14,000 | $ 7000<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(3) |
| Brief description: Utility trailer<br>Line from Schedule A/B: 2 | $ 300 | $ 700<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(3) |
| Brief description: Household goods # SEE attached sheets<br>Line from Schedule A/B: 3.6 | $ | $ 750<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605 |
| Brief description: Collectibles of value #<br>Line from Schedule A/B: 7.8 | $ 400 | $ 250<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(1)(c) |
| Brief description: Electronics #<br>Line from Schedule A/B: 3.7 | $ 970 | $ 750<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(1)(9) |
| Brief description: Equipment for sport/hobbies #<br>Line from Schedule A/B: 3.9 | $ 725 | $ 750<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(1)(9) |
| Brief description: Clothing #<br>Line from Schedule A/B: 3.11 | $ 425 | $ 750<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(1)(6) |
| Brief description: Jewelry #<br>Line from Schedule A/B: 3.12 | $ 65 | $ ~~000~~ 65 kw<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(2) |
| Brief description: Other/Animals (Permit Plants)<br>Line from Schedule A/B: 3.16 | $ 450 | $ 800<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(11) |
| Brief description: Financial Assets<br>Line from Schedule A/B: 4 | $ 1500/year | $ 1500/year<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(12) |
| Brief description: Implements/Books ## SEE attached forms<br>Line from Schedule A/B: 40 Tools of Trade | $ 1941 | $ 2500<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(3) |
| Brief description: ## Office Equipment<br>Line from Schedule A/B: 39 furnishing supplies | $ 950 | $ 2500<br>☐ 100% of fair market value, up to any applicable statutory limit | 11-605(3) |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page _2_ of __

Debtor 1 _Elgin m Trott IV_

Case number (if known) _17-0168-JDP_

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _Necessary Health Aids_<br>Line from Schedule A/B: | $ 100 | ☑ 100% of fair market value, up to any applicable statutory limit | 11-603(2) |
| Brief description: _Construction materials_<br>Line from Schedule A/B: | $ 500 | ☑ 100% of fair market value, up to any applicable statutory limit | 45-514 |
| Brief description: _Food, water, Provisions stored for 12 months_<br>Line from Schedule A/B: | $ 1500 | ☑ 100% of fair market value, up to any applicable statutory limit | 11-605(4) |
| Brief description: _Insurance_<br>Line from Schedule A/B: | $ 200 | ☑ 100% of fair market value, up to any applicable statutory limit | 11-603(5) |
| Brief description: _Disposable earnings_<br>Line from Schedule A/B: | $ 250 | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit _75%_ | 11-207 |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |

From: Ed Thrift edythrift@yahoo.com
Subject: Thrift case # 17-01668-jdp
Date: Mar 30, 2018 at 10:23:06 AM
To: ed thrift edythrift@yahoo.com



Part 3

#6 Household Goods:   11-605(1)(a)  $750 Per Item

-(1)queen bed (mattress, box springs, frame, headboard, pillows)=$350
-(1)massage table=$50
-(1)Old dresser =$20
-(1)twin bed frame, mattress and pillows =$200
-(1) kids dresser/changing station =$50
-misc.kids toys=$75
-(2)couches=$150
-(1)coffee table=$25
-(1))rocking chair=$150
-(1)papasan chair=$25
-(1) kids desk =$25
-kitchen table w (6)chairs =$200
-futon mattress (no frame)=$25
-misc pots and pans =$75
-misc plates, bowls, cutlery, knives =$150
-(1)fridge=$100
-(1)freezer =$50
-(1)dishwasher =$75
-washer and dryer set =$350
- bookshelf=$25
-misc small kitchen appliances (-blender, rice cooker, toaster oven, fryer)=$100
    Total=$2270

#7 Electronics:  11-605(1)(a)  $750 Per Item



-(2) old style non hd tv=$50
-(2) home theatre systems w speakers=$150
-(2) receivers/tuners=$100
-(1) flatscreen Roku tv=$150
-(1)iphone7=$400
-(1) Blu-ray cd/dvd =$50
-(15) DVD's =$30
-(3) surge protectors w extension cords=$30
-(3) misc lights l/lamps=$30
    Total =$970

#8-Collectibles of value:   $150 per iden
                            11. 605 (1)(c)

-(15) framed art pieces =$300
-(50) cds/dvd collection=$100
    Total=$400

#9-Equipment for sports and hobbies:

                                            725/TO  11-605(a)

-(3) pairs telemark skis w bindings=$200
-(1) specialized mountain bike=$200
-ski boots =$75
-(1) camping stove =$25
-misc camping gear =$75
-misc backpacks =$100
-misc river trip gear =$100.
    Total =$775

#11-clothing :

17-01668 JDP

✳

-misc everyday clothes =$350          425/750    11 -605 (2)
-(5) pairs of shoes =$75
       Total=$425

#12-jewelry

-(3) everyday watches=$65             65/1000    (1-605(2)
       Total =$65

#16- Other :

-(2) everyday vacuums =$100           450/900    (1 - 605 C(1)
-holiday decorations =$150
-misc patio furnishings =$200
       Total=$450




Sent from my iPhone

From: Ed Thrift edythrift@yahoo.com
Subject: Part 5
Date: Apr 3, 2018 at 6:22:48 PM
To: ed thrift edythrift@yahoo.com

Part 5

#38-

Accounts receivable and Commissions earned

-(2) 2018 clients paying down bill monthly itemized appropriately in the months P and L forms not completed as yet .... ($250 *reasons* )

#39-

Office equipment ,furnishings and supplies :

-desk ($25)
-chair($25)
-desktop computer ($100)
-printer ($70)
-misc.office supplies($25)
-misc cleaning supplies($20)
-calculator ($10)
-iPhone ($500)
-century link modem ($30)

#39 total=$ 955

#40-

Machinery , fixtures , equipment and supplies;

-(1)large tool box on rollers($50)
-small steel tool box ($20)



- all wood antique tool box ($25)
- med steel tool box ($25)
- (5) plastic crates for hauling and storage
- (2) hammers ($12)
- (2) rubber mallets ($10)
- (4) screw drivers ($8)
- (2) handsaws ($12)
- circular saw ($25)
- table saw = ($75)
- chop saw = ($50)
- cordless screwdriver ($25)
- Powered screw. Driver ($20)
- impact driver ($25)
- (2) needle nose pliers $10
- (1) wrench set $15
- (1) large socket set ($25)
- misc paint brushes ($10)
- misc paint rollers $(10)
- (1)) large air compressor (100$)
- (1) small compressor ($35)
- (2) push behind lawn mowers ($100)
- (2) weedwhacker/trimmers
- ($100)
- (2) leaf blowers $80j
- (3) extension cords ($20)
- nails ($25) &
- screws ($12)
- misc fasteners ($15)



- tape and plastic ($30)
- screen material and patch supplies ($15)
- fuel and motor oil $(25)
- misc sprinklers $(25)
- misc connectors $(25)
(2) pipe wrenches $45
- pipe glues - ($15)
/pressure washer ($70)¥
- (2) sprayers $60)
- (1) crimping tool ($100)
- (1) reciprocating saw ($20)
- (1) jigsaw ($35)
- (2) caulk guns small/($12)
- (2) levels ($2o)
- (1) square ($5)
- Chaulk and box ($10)
(2) utility knives = $5

#40 total = $1481

1481/2 500    1/ -605 G)

Sent from my iPhone

Fill in this information to identify your case:

Debtor 1  Wayne M. Thrift
_First Name_  _Middle Name_  _Last Name_

Debtor 2
(Spouse, if filing) _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the: _____ District of _____

Case number  A-91668-JDP
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules            12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Signature of Debtor 1              Signature of Debtor 2

Date 04/25/18            Date _____
    MM / DD / YYYY          MM / DD / YYYY

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules